UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LUDWIG CRISS ZELAYA ROMERO,                                 :
                                        Plaintiff,          :
                                                            :       22 Civ. 1853 (LGS)
            -against-                                       :
                                                            :       ORDER
UNITED STATES OF AMERICA,                                   :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 15, 2022, required the Government to file an opposition or other pleadings in response to movant's amended motion by November 15, 2022;

WHEREAS, the Government failed to file an opposition or any other pleadings. It is hereby

**ORDERED** that, by **November 18, 2022**, the Government shall respond to movant's amended motion.

Dated: November 16, 2022
       New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE