UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LUDWIG CRISS ZELAYA ROMERO,
                Plaintiff,

-against-   22 Civ. 1853 (LGS)

UNITED STATES OF AMERICA,
                Defendant.
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-   15 Crim. 174-2 (LGS)

LUDWIG CRISS ZELAYA ROMERO,   ORDER
                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that, by **February 3, 2023**, the Government shall serve a copy of its opposition brief on Defendant and file proof of service on both the civil and criminal dockets.

Dated: January 31, 2023
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**