UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-                15 Crim. 174-2 (LGS)

LUDWIG CRISS ZELAYA ROMERO,      ORDER
                       Defendant.
------------------------------------------------------------X
LUDWIG CRISS ZELAYA ROMERO,
                       Plaintiff,

                -against-                22 Civ. 1853 (LGS)

UNITED STATES OF AMERICA,          ORDER
                       Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated February 17, 2023, directed the Government to, by February 22, 2023, serve a copy of its papers in opposition to Defendant's amended motion under 28 U.S.C. § 2255 on Defendant at his correct address and file proof of service;

      WHEREAS, the Government has not filed proof of service. It is hereby

      **ORDERED** that, by **March 1, 2023**, the Government shall serve a copy of its opposition papers, at Dkt. No. 22 on the civil docket (22 Civ. 1853) and Dkt. No. 567 on the criminal docket (15 Crim. 174-2), on Defendant and file proof of service.

Dated: February 27, 2023
       New York, New York

                                         LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE