UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUDWIG CRISS ZELAYA-ROMERO,

                       Petitioner,                  22 **CIVIL** 1853 (LGS)
                                                                            15 **CR.** 174 (LGS)

    -against-

                                                                       **JUDGMENT**

UNITED STATES OF AMERICA,

                       Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 19, 2023, the Petition is denied, and the motion for an evidentiary hearing is denied. As Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability will not be issued. See 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 111-12 (2d Cir. 2000). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 445 (1962) (We consider a defendant's good faith... demonstrated when he seeks appellate review of any issue not frivolous.). Judgment is entered in favor of Respondent; accordingly, case number 22cv1853 is closed.

**DATED:** New York, New York
             April 19, 2023

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**
                                        **BY:**    *K. Mango*
                                                                        **Deputy Clerk**